ACCEPTED
01-15-00117-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 10:28:32 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00117-CV

In the
Court of Appeals
for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 10:28:32 AM
CHRISTOPHER A. PRINE
Clerk

**LEAGUE CITY,**
*Appellant/Cross-Appellee,*

**v.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION,**
*Appellees/Cross-Appellants.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF CROSS-APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Appellant, League City, under the authority of TEX. R. APP. P. 10.5(b), asks for additional time to file its brief as cross-appellee.

1. The brief of cross-appellee is due September 8, 2015.

2. This is League City's first request for an extension of time for filing its brief as cross-appellee.

3. League City respectfully requests a 30-day extension of time for filing its brief as cross-appellee. With the extension, League City's brief as cross-appellee will be due on Thursday, October 8, 2015.

47749_1

4. An extension is necessary and warranted because counsel has been required to attend to other time-sensitive matters, including the following:

a. Preparation of brief of appellant in No. 01-15-00117-CV*; League City v. Texas Windstorm Insurance Association*; in the First Court of Appeals, Houston, Texas, filed August 7, 2015.

b. Preparation for and attendance at hearing on post-judgment motions in No. 2009-71319; *Metro Hospitality Management, L.L.C. and Shabahram Yazdani-Beioky v. Abdee Sharifan*; in the 333rd Judicial District Court of Harris County, Texas, held on August 7, 2015.

c. Preparation of summary judgment motions and responses, pre-arbitration motions and responses in No. 01-14-0000-5861; *Memorial Clinical Associates, P.A. v. Amy Rozell, as Independent Executrix of the Estate of Craig Jefferies, M.D., Deceased; in the Arbitration Tribunals of the American Arbitration Association*, filed on August 14, 2015, August 25, 2015, and due on September 3, 2015.

d. Preparation of response to motion to enforce settlement in No. 4:13-cv-03426; *Vikas WSP Limited v. Economy Mud Products Company d/b/a Economy Polymers & Chemical, Inc.*; in the United States Court for the Southern District of Texas, Houston Division, filed on August 21, 2015.

e. Preparation of objections to magistrate judge's memorandum and recommendation in No. 4:14-cv-02725; *Cabrera v. Amerigas Propane, L.P.*; In the United States Court for the Southern District of Texas, Houston Division, filed on August 21, 2015.

f. Preparation of response to petition for writ of mandamus in No. 15-0452; *In re National Lloyds Insurance Company*; in the Supreme Court of Texas, filed on August 21, 2015.

g. Preparation for and attendance at hearings in No. 01-14-0000-5861; *Memorial Clinical Associates, P.A. v. Amy Rozell, as Independent Executrix of the Estate of Craig Jefferies, M.D., Deceased*; in the Arbitration Tribunals of the American Arbitration Association, held on August 26, 2015, and set for September 2, 2015 and September 10, 2015.

h. Preparation of relator's reply brief on the merits in No. 14-0999; *In Re Christopher W. Martin*; in the Supreme Court of Texas, due September 8, 2015.

i. Preparation for and attendance at scheduling conference in No. 4:14-cv-02725; *Cabrera v. Amerigas Propane, L.P.*; In the United States Court for the Southern District of Texas, Houston Division, set for September 9, 2015.

j. Preparation for and attendance at hearing in No. 4:13-cv-03426; *Vikas WSP Limited v. Economy Mud Products Company d/b/a Economy Polymers & Chemical, Inc.*; in the United States Court for the Southern District of Texas, Houston Division, set for September 10, 2015.

k. Preparation of respondent's brief on the merits in No. 14-0721; USAA *Texas Lloyd's Company v. Gail Menchaca*; in the Supreme Court of Texas, due September 21, 2015.

l. Arbitration in No. 01-14-0000-5861; *Memorial Clinical Associates, P.A. v. Amy Rozell, as Independent Executrix of the Estate of Craig Jefferies, M.D., Deceased*, in the Arbitration Tribunals of the American Arbitration Association, set for October 15, 16, 20, 21, and 22, 2015.

5. Counsel for cross-appellee has conferred with counsel for appellee, Dale Wainwright, and TWIA is unopposed to the requested extension.

6. This request is not sought for delay, but in order that justice may be done. *See* TEX. R. APP. P. 10.5(b)(1)(C).

**PRAYER**

Cross-Appellee, League City, asks this Court to grant an extension of 30 days, until Thursday, October 8, 2015, to file its brief as cross-appellee. League City also prays for any other relief to which it may be entitled.

46355_1                                                    3

Respectfully Submitted:

THE MOSTYN LAW FIRM

Gregory F. Cox
State Bar No. 00793561
gfcox@mostynlaw.com
6280 Delaware Street
Beaumont, Texas 77706
409.832.2777–telephone
409.832.2703–facsimile


THE MOSTYN LAW FIRM

Rene M. Sigman
State Bar No. 24037492
rmsigman@mostynlaw.com
3810 W. Alabama
Houston, Texas 77027
713.861.6616–telephone
713.861.8084–facsimile

HOGAN & HOGAN

By:    */s/ Jennifer Bruch Hogan*
        Jennifer Bruch Hogan
        State Bar No. 03239100
        jhogan@hoganfirm.com
        Richard P. Hogan, Jr.
        State Bar No. 09802010
        rhogan@hoganfirm.com
        James C. Marrow
        State Bar No. 24013103
        jmarrow@hoganfirm.com
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002-2721
713.222.8800–telephone
713.222.8810–facsimile


Attorneys for Cross-Appellee

## CERTIFICATE OF CONFERENCE

Counsel for cross-appellee has conferred with counsel for cross-appellant, Dale Wainwright, and TWIA is unopposed to the motion for extension of time to file League City's brief as cross-appellee.

*/s/ Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Dated: September 1, 2015

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Counsel for Texas Windstorm Insurance Association:

Dale Wainwright
BRACEWELL & GIULIANI LLP
111 Congress Avenue Suite 2300
Austin, Texas 78701-4061
*Via TexFile*

Andrew T. McKinney IV
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77056
*Via TexFile*

James R. Old, Jr.
JAY OLD & ASSOCIATES, PLLC
3560 Delaware, Suite 308
Beaumont, Texas 77706
*Via TexFile*

*/s/ Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Dated: September 1, 2015